S.R. v BMW of N. Am. LLC (2023 NY Slip Op 00384)

S.R. v BMW of N. Am. LLC

2023 NY Slip Op 00384

Decided on January 26, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 26, 2023

Before: Kern, J.P., Friedman, Gesmer, González, Mendez, JJ. 

Index No. 100725/08 Appeal No. 16933-16934 Case No. 2021-03571, 2022-00952 

[*1]S.R., etc., Plaintiff-Respondent,
v
BMW of North America LLC, et al., Defendants-Appellants.

Appeals having been taken to this Court by the above-named appellants from orders of the Supreme Court, New York County (Erika Edwards, J.), entered on or about September 16, 2021 and February 25, 2022,
And said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 05, 2023,
It is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: January 26, 2023